```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

YELLOW PAGES PHOTOS, INC.,

       Plaintiff,

v.                          CASE NO: 8:10-cv-436-T-33EAJ

USER-FRIENDLY PHONE BOOK, LLC,
et al.,

       Defendants.
_____/

## ORDER

This cause comes before the Court pursuant to Defendant User-Friendly Phone Book, LLC's Motion for Partial Summary Judgment as to Statutory Damages, 17 U.S.C. § 504(c), and Costs and Attorneys' Fees, 17 U.S.C. § 505 (Doc. # 37). Plaintiff Yellow Pages Photos, Inc. filed a Response in Opposition thereto (Doc. # 39).

Having considered the motion, the response and being otherwise fully advised, the Court finds that the motion is due to be denied without prejudice as premature. The Court finds that granting summary judgment solely on the damages issue would be inappropriate at this time. See Baker County Med. Servs., Inc. v. Summit Smith L.L.C., 2007 WL 1229702, at *4 (M.D. Fla. April 25, 2007)(noting that Federal Rule of Civil Procedure 56 does not permit a court to enter summary

judgment on a portion of a claim, such as the issue of damages).

In addition, the Court notes that it does not permit multiple motions for summary judgment, and this motion would preclude Defendant from filing a summary judgment motion as to the substantive issues of the case. See Case Management & Scheduling Order (Doc. # 31 at ¶ 8(a)).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant User-Friendly Phone Book, LLC's Motion for Partial Summary Judgment as to Statutory Damages, 17 U.S.C. § 504(c), and Costs and Attorneys' Fees, 17 U.S.C. § 505 (Doc. # 37) is **DENIED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 22nd day of November, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

2